# Exhibit 1

# Copyright

**Registration Number / Date:**
TX0009429877 / 2024-09-11

**Previous Registration:**
2024, <a href='https://publicrecords.copyright.gov//advanced-search?parent_query={"operator_type": "AND", "column_name": "registration_numbers", "type_of_query": "exact", "query": "TX0009377352"}'>TX 9-377-352</a>.

**Type of Work:**
Computer Files

**Title:**
ANSYS 2024 R2 (including 3D Energy Density Lab, ACP, Additive, Advanced Scattering Surface Editor, Aqwa, AqwaGS, AqwaWave, ARC, BSDF - BRDF - Anisotropic Surface Viewer, CAD Configuration Manager, CFD-Post, CFX, Chemkin, Client Licensing, Coated Surface Editor, DC Evaluator (DCE), DCG Configuration, Design Point Service (DPS), Discovery, Dynamic Reporting - Server, Dynamic Reporting Template - Editor, Energico, EnSight, EnVe, EnVideo, EnVision, Eulumdat Viewer, FENSAP-ICE, Fluent, Fluorescent Surface Editor, Forte, Grating Surface Editor, ICEM CFD, Icepak, Lumerical, IESNA LM-63 Viewer, LS-DYNA, LS-Prepost, LS-Run, Mechanical, Mechanical APDL, Motion Post, Motion Pre, Motion Solver Runner, Model Fuel Library, Nexus Launcher, optiSLang, optiSLang Postprocessing, Photometric Calc, Polarizer Surface Editor, Polyflow, Ray File Editor, Reaction Workbench, Remote Visualization Client, Retro Reflecting Surface Editor, Rough Mirror Surface Editor, RSM, Sherlock, Simple Scattering Surface Editor, Sound - Analysis & Specification, SpaceClaim, Spectrum Editor, SPEOS, Statistics on Structures, System Coupling, Thin Lens Surface Editor, TurboGrid, Virtual 3D Photometric Lab, Virtual Human Vision Lab, Virtual Photometric Lab, Virtual Reality Lab, Workbench, Workbench with Speos, Zemax OpticStudio)

**Application Title:**
ANSYS 2024 R2 (including 3D Energy Density Lab, ACP, Additive, Advanced Scattering Surface Editor, Aqwa, AqwaGS, AqwaWave, ARC, BSDF - BRDF - Anisotropic Surface Viewer, CAD Configuration Manager, CFD-Post, CFX, Chemkin, Client Licensing, Coated Surface Editor, DC Evaluator (DCE), DCG Configuration, Design Point Service (DPS), Discovery, Dynamic Reporting -

Server, Dynamic Reporting Template - Editor, Energico, EnSight, EnVe, EnVideo, EnVision, Eulumdat Viewer, FENSAP-ICE, Fluent, Fluorescent Surface Editor, Forte, Grating Surface Editor, ICEM CFD, Icepak, Lumerical, IESNA LM-63 Viewer, LS-DYNA, LS-Prepost, LS-Run, Mechanical, Mechanical APDL, Motion Post, Motion Pre, Motion Solver Runner, Model Fuel Library, Nexus Launcher, optiSLang, optiSLang Postprocessing, Photometric Calc, Polarizer Surface Editor, Polyflow, Ray File Editor, Reaction Workbench, Remote Visualization Client, Retro Reflecting Surface Editor, Rough Mirror Surface Editor, RSM, Sherlock, Simple Scattering Surface Editor, Sound - Analysis & Specification, SpaceClaim, Spectrum Editor, SPEOS, Statistics on Structures, System Coupling, Thin Lens Surface Editor, TurboGrid, Virtual 3D Photometric Lab, Virtual Human Vision Lab, Virtual Photometric Lab, Virtual Reality Lab, Workbench, Workbench with Speos, Zemax OpticStudio)

**Date of Creation:**
2024

**Date of Publication:**
2024-07-10

**Copyright Claimant:**
ANSYS, Inc. Address: 2600 Ansys Drive, Canonsburg, PA, 15317, United States.

**Authorship on Application:**
ANSYS, Inc., Domicile: United States. employer for hire; Authorship: computer program.

**Basis of Claim:**
computer program, New and revised computer program.

**Rights and Permissions:**
ANSYS, Inc., 2600 Ansys Drive, Canonsburg, PA, 15317, United States

**Material Excluded:**
computer program, Prior versions of ANSYS and computer program owned by, or jointly owned with, a third party.

**Description:**
Electronic file (eService)

**Copyright Note:**
Regarding deposit: Registration made under rule of doubt. 37 CFR 202.20(c)(2)(vii)(B).

**Nation of First Publication:**

United States

**Names:**

ANSYS, Inc.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_37377391

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).