# Exhibit 3

**Type of Work:** Computer File

**Registration Number / Date:** TX0009377352 / 2024-03-22

**Application Title:** ANSYS 2024 R1 (including 3D Energy Density Lab, ACP, Additive, Advanced Scattering Surface Editor, Aqwa, AqwaGS, AqwaWave, ARC, BSDF - BRDF -Anisotropic Surface Viewer, CAD Configuration Manager, CFD-Post, CFX, Chemkin, Client Licensing, Coated Surface Editor, DC Evaluator (DCE), DCG Configuration, Design Point Service (DPS), Discovery, Dynamic Reporting - Server, Dynamic Reporting Template - Editor, Energico, EnSight, EnVe, EnVideo, EnVision, Eulumdat Viewer, FENSAP-ICE, Fluent, Fluorescent Surface Editor, Forte, Grating Surface Editor, ICEM CFD, Icepak, Lumerical, IESNA LM-63 Viewer, LS-DYNA, LS-Prepost, LS-Run, Mechanical, Mechanical APDL, Motion Post, Motion Pre, Motion Solver Runner, Model Fuel Library, Nexus Launcher, optiSLang, optiSLang Postprocessing, Photometric Calc, Polarizer Surface Editor, Polyflow, Ray File Editor, Reaction Workbench, Remote Visualization Client, Retro Reflecting Surface Editor, Rough Mirror Surface Editor, RSM, Sherlock, Simple Scattering Surface Editor, Sound - Analysis & Specification, SpaceClaim, Spectrum Editor, SPEOS, Statistics on Structures, System Coupling, Thin Lens Surface Editor, TurboGrid, Virtual 3D Photometric Lab, Virtual Human Vision Lab, Virtual Photometric Lab, Virtual Reality Lab, Workbench, Workbench with Speos)

**Title:** ANSYS 2024 R1 (including 3D Energy Density Lab, ACP, Additive, Advanced Scattering Surface Editor, Aqwa, AqwaGS, AqwaWave, ARC, BSDF - BRDF -Anisotropic Surface Viewer, CAD Configuration Manager, CFD-Post, CFX, Chemkin, Client Licensing, Coated Surface Editor, DC Evaluator (DCE), DCG Configuration, Design Point Service (DPS), Discovery, Dynamic Reporting - Server, Dynamic Reporting Template - Editor, Energico, EnSight, EnVe, EnVideo, EnVision, Eulumdat Viewer, FENSAP-ICE, Fluent, Fluorescent Surface Editor, Forte, Grating Surface Editor, ICEM CFD, Icepak, Lumerical, IESNA LM-63 Viewer, LS-DYNA, LS-Prepost, LS-Run, Mechanical, Mechanical APDL, Motion Post, Motion Pre, Motion Solver Runner, Model Fuel Library, Nexus Launcher, optiSLang, optiSLang Postprocessing, Photometric Calc, Polarizer Surface Editor, Polyflow, Ray File Editor, Reaction Workbench, Remote Visualization Client, Retro Reflecting Surface Editor, Rough Mirror Surface Editor, RSM, Sherlock, Simple Scattering Surface Editor, Sound - Analysis & Specification,

| | |
|---:|:---|
| | SpaceClaim, Spectrum Editor, SPEOS, Statistics on Structures, System Coupling, Thin Lens Surface Editor, TurboGrid, Virtual 3D Photometric Lab, Virtual Human Vision Lab, Virtual Photometric Lab, Virtual Reality Lab, Workbench, Workbench with Speos) |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | ANSYS, Inc. Address: 2600 Ansys Drive, Canonsburg, PA, 15317, United States. |
| **Date of Creation:** | 2024 |
| **Date of Publication:** | 2024-01-11 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | ANSYS, Inc., employer for hire; Domicile: United States. Authorship: computer program. |
| **Previous Registration:** | 2023, TX0009308524. |
| | 2023, TX0009279546. |
| **Pre-existing Material:** | computer program, Prior versions of ANSYS and computer program owned by, or jointly owned with, a third party. |
| **Basis of Claim:** | computer program, New and revised computer program. |
| **Rights and Permissions:** | ANSYS, Inc., 2600 Ansys Drive, Canonsburg, PA, 15317, United States |
| **Names:** | [ANSYS, Inc.](#) |