# Exhibit 5

```
Type of Work:      Computer File

Registration Number / Date:
                   TX0009279546 / 2023-04-12

Application Title: ANSYS 2023 R1 (including 3D Energy Density Lab, ACP,
                   Additive, Advanced  Scattering Surface Editor, Aqwa,
                   AqwaGS, AqwaWave, ARC, Artemis, BSDF - BRDF -Anisotropic
                   Surface Viewer, CAD Configuration Manager, CFD-Post,
                   CFX, Chemkin, Client Licensing, Coated Surface Editor,
                   DC Evaluator
(DCE), DCG Configuration, Design Point
                   Service (DPS), Discovery,  Energico, EnSight, EnVe,
                   EnVideo, EnVision, Eulumdat Viewer, FENSAP-ICE,  Fluent,
                   Fluorescent Surface Editor, Forte, Grating Surface
                   Editor, ICEM  CFD, Icepak, Lumerical, IESNA LM-63
                   Viewer, LS-DYNA, LS-Prepost, LS-Run,  Mechanical,
                   Mechanical APDL, Motion Post, Motion Pre, Motion Solver
                   Runner, Model Fuel Library, Nexus Launcher, optiSLang,
                   optiSLang Postprocessing, Photometric Calc, Polarizer
                   Surface Editor, Polyflow, Ray File Editor, Reaction
                   Workbench, Remote Visualization Client, Retro Reflecting
                   Surface Editor, Rough Mirror Surface Editor, RSM,
                   Sherlock, Simple Scattering Surface Editor, Sound -
                   Analysis & Specification, SpaceClaim, Spectrum Editor,
                   SPEOS, Statistics on Structures, System Coupling, Thin
                   Lens Surface Editor, TurboGrid, Virtual 3D Photometric
                   Lab, Virtual Human Vision Lab, Virtual Photometric Lab,
                   Virtual Reality Lab, Workbench, Workbench with Speos)

Title:             ANSYS 2023 R1 (including 3D Energy Density Lab, ACP,
                   Additive, Advanced  Scattering Surface Editor, Aqwa,
                   AqwaGS, AqwaWave, ARC, Artemis, BSDF - BRDF -Anisotropic
                   Surface Viewer, CAD Configuration Manager, CFD-Post,
                   CFX, Chemkin, Client Licensing, Coated Surface Editor,
                   DC Evaluator
(DCE), DCG Configuration, Design Point
                   Service (DPS), Discovery,  Energico, EnSight, EnVe,
                   EnVideo, EnVision, Eulumdat Viewer, FENSAP-ICE,  Fluent,
                   Fluorescent Surface Editor, Forte, Grating Surface
                   Editor, ICEM  CFD, Icepak, Lumerical, IESNA LM-63
                   Viewer, LS-DYNA, LS-Prepost, LS-Run,  Mechanical,
                   Mechanical APDL, Motion Post, Motion Pre, Motion Solver
                   Runner, Model Fuel Library, Nexus Launcher, optiSLang,
                   optiSLang Postprocessing, Photometric Calc, Polarizer
                   Surface Editor, Polyflow, Ray File Editor, Reaction
                   Workbench, Remote Visualization Client, Retro Reflecting
                   Surface Editor, Rough Mirror Surface Editor, RSM,
                   Sherlock, Simple Scattering Surface Editor, Sound -
                   Analysis & Specification, SpaceClaim, Spectrum Editor,
                   SPEOS, Statistics on Structures, System Coupling, Thin
                   Lens Surface Editor, TurboGrid, Virtual 3D Photometric
                   Lab, Virtual Human Vision Lab, Virtual Photometric Lab,
                   Virtual Reality Lab, Workbench, Workbench with Speos)

Description:       Electronic file (eService)

Copyright Claimant:
                   ANSYS, Inc.

Date of Creation:  2023
```

```
Date of Publication:
                2023-01-12

Nation of First Publication:
                United States

Authorship on Application:
                ANSYS, Inc., employer for hire; Domicile: United States.
                  Authorship: computer program.

Previous Registration:
                2022, TX0009175204.

Pre-existing Material:
                computer program, Prior versions of ANSYS and computer
                  program owned by, or jointly owned with, a third party.

Basis of Claim: computer program, New and revised computer program.

Rights and Permissions:
                ANSYS, Inc., 2600 Ansys Drive, Canonsburg, PA, 15317,
                  United States

Names:          ANSYS, Inc.

================================================================================
```