# Exhibit 6

```
Type of Work:        Computer File

Registration Number / Date:
                     TX0009308524 / 2023-08-04

Application Title: ANSYS 2023 R2 (including 3D Energy Density Lab, ACP,
                     Additive, Advanced  Scattering Surface Editor, Aqwa,
                     AqwaGS, AqwaWave, ARC, BSDF - BRDF -Anisotropic Surface
                     Viewer, CAD Configuration Manager, CFD-Post,  CFX,
                     Chemkin, Client Licensing, Coated Surface Editor, DC
                     Evaluator (DCE), DCG Configuration, Design Point
       Service
                     (DPS), Discovery,  Energico, EnSight, EnVe, EnVideo,
                     EnVision, Eulumdat Viewer, FENSAP-ICE,  Fluent,
                     Fluorescent Surface Editor, Forte, Grating Surface
                     Editor, ICEM  CFD, Icepak, Lumerical, IESNA LM-63
                     Viewer, LS-DYNA, LS-Prepost, LS-Run,  Mechanical,
                     Mechanical APDL, Motion Post, Motion Pre, Motion Solver
                     Runner, Model Fuel Library, Nexus Launcher, optiSLang,
                     optiSLang Postprocessing, Photometric Calc, Polarizer
                     Surface Editor, Polyflow, Ray File Editor, Reaction
                     Workbench, Remote Visualization Client, Retro
       Reflecting
                     Surface Editor, Rough Mirror Surface Editor, RSM,
                     Sherlock, Simple Scattering Surface Editor, Sound -
                     Analysis & Specification, SpaceClaim, Spectrum Editor,
                     SPEOS, Statistics on Structures, System Coupling, Thin
                     Lens Surface Editor, TurboGrid, Virtual 3D Photometric
                     Lab, Virtual Human Vision Lab, Virtual Photometric Lab,
                     Virtual Reality Lab, Workbench, Workbench with Speos)

       Title:        ANSYS 2023 R2 (including 3D Energy Density Lab, ACP,
                     Additive, Advanced  Scattering Surface Editor, Aqwa,
                     AqwaGS, AqwaWave, ARC, BSDF - BRDF -Anisotropic Surface
                     Viewer, CAD Configuration Manager, CFD-Post,  CFX,
                     Chemkin, Client Licensing, Coated Surface Editor, DC
                     Evaluator (DCE), DCG Configuration, Design Point
       Service
                     (DPS), Discovery,  Energico, EnSight, EnVe, EnVideo,
                     EnVision, Eulumdat Viewer, FENSAP-ICE,  Fluent,
                     Fluorescent Surface Editor, Forte, Grating Surface
                     Editor, ICEM  CFD, Icepak, Lumerical, IESNA LM-63
                     Viewer, LS-DYNA, LS-Prepost, LS-Run,  Mechanical,
                     Mechanical APDL, Motion Post, Motion Pre, Motion Solver
                     Runner, Model Fuel Library, Nexus Launcher, optiSLang,
                     optiSLang Postprocessing, Photometric Calc, Polarizer
                     Surface Editor, Polyflow, Ray File Editor, Reaction
                     Workbench, Remote Visualization Client, Retro
       Reflecting
                     Surface Editor, Rough Mirror Surface Editor, RSM,
                     Sherlock, Simple Scattering Surface Editor, Sound -
                     Analysis & Specification, SpaceClaim, Spectrum Editor,
                     SPEOS, Statistics on Structures, System Coupling, Thin
                     Lens Surface Editor, TurboGrid, Virtual 3D Photometric
                     Lab, Virtual Human Vision Lab, Virtual Photometric Lab,
                     Virtual Reality Lab, Workbench, Workbench with Speos)
```

```
Description:       Electronic file (eService)

Copyright Claimant:
                   ANSYS, Inc.

Date of Creation:  2023

Date of Publication:
                   2023-07-12

Nation of First Publication:
                   United States

Authorship on Application:
                   ANSYS, Inc., employer for hire; Domicile: United States.
                      Authorship: computer program.

Previous Registration:
                   2022, TX 9-175-204.
                   2023, TX 9-279-546.

Pre-existing Material:
                   computer program, Prior versions of ANSYS and computer
                      program owned by, or jointly owned with, a third party.

Basis of Claim:    computer program, New and revised computer program.

Rights and Permissions:
                   ANSYS, Inc., 2600 Ansys Drive, Canonsburg, PA, 15317,
                      United States

Copyright Note:    C.O. correspondence.

Names:             ANSYS, Inc.
================================================================================
```