# Exhibit 7

|  |  |
|---|---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | TX0009325087 / 2023-08-04 |
| **Application Title:** | Ansys Electromagnetics Suite 2023 R2 (including 2D Extractor, Circuit, Circuit Netlist, Electronics Desktop, EMIT, HFSS, HFSS 3D Layout, Icepak, Maxwell Circuit, Maxwell 2D, Maxwell 3D, Mechanical, Nuhertz FilterSolutions, PEmag, PExprt, Q3D Extractor, RMxprt, Simplorer, SIwave, Twin Builder) |
| **Title:** | Ansys Electromagnetics Suite 2023 R2 (including 2D Extractor, Circuit, Circuit Netlist, Electronics Desktop, EMIT, HFSS, HFSS 3D Layout, Icepak, Maxwell Circuit, Maxwell 2D, Maxwell 3D, Mechanical, Nuhertz FilterSolutions, PEmag, PExprt, Q3D Extractor, RMxprt, Simplorer, SIwave, Twin Builder) |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | ANSYS, Inc. Address: 2600 Ansys Dr, Canonsburg, PA, 15317, United States. |
| **Date of Creation:** | 2023 |
| **Date of Publication:** | 2023-07-12 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | ANSYS, Inc., employer for hire; Domicile: United States. Authorship: computer program. |
| **Previous Registration:** | 2022, TX0009179826. |
|  | 2023, TX0009261114. |
| **Pre-existing Material:** | computer program, Prior versions of ANSYS Electromagnetics Suite and computer program owned by, or jointly owned with, a third party. |
| **Basis of Claim:** | computer program, New and revised computer program. |
| **Rights and Permissions:** | ANSYS, Inc., 2600 Ansys Drive, Canonsburg, PA, 15317, United States |
| **Names:** | ANSYS, Inc. |