# Exhibit 8

```
Type of Work:      Computer File

Registration Number / Date:
                   TX0009104363 / 2022-03-24

Application Title: ANSYS 2022 R1 (including 3D Energy Density Lab, ACP,
                   Additive, Advanced Scattering Surface Editor, Aqwa,
                   AqwaGS, AqwaWave, ARC, Artemis, BSDF -BRDF -Anisotropic
                   Surface Viewer, CAD Configuration Manager, CFD-Post,
                   CFX, Chemkin, Client Licensing, Coated Surface Editor,
                   DC Evaluator (DCE), DCG Configuration, Design Point
                   Service (DPS), Discovery, Energico, EnSight, EnVe,
                   EnVideo, EnVision, Eulumdat Viewer, FENSAP-ICE, Fluent,
                   Fluorescent Surface Editor, Forte, Grating Surface
                   Editor, ICEM CFD, Icepak, Lumerical, IESNA LM-63 Viewer,
                   LS-DYNA, LS-Prepost, LS-Run, Mechanical, Mechanical
                   APDL, Model Fuel Library, Nexus Launcher, optiSLang,
                   Photometric Calc, Polarizer Surface Editor, Polyflow,
                   Ray File Editor, Reaction Workbench, Remote
                   Visualization Client, Rendering Surface Editor, Retro
                   Reflecting Surface Editor, Rough Mirror Surface Editor,
                   RSM, Sherlock, Simple Scattering Surface Editor,
                   SpaceClaim, Spectrum Editor, SPEOS, Statistics on
                   Structures, System Coupling, Thin Lens Surface Editor,
                   TurboGrid, Virtual 3D Photometric Lab, Virtual Human
                   Vision Lab, Virtual Photometric Lab, Virtual Reality
                   Lab, Workbench)

Title:             ANSYS 2022 R1 (including 3D Energy Density Lab, ACP,
                   Additive, Advanced Scattering Surface Editor, Aqwa,
                   AqwaGS, AqwaWave, ARC, Artemis, BSDF -BRDF -Anisotropic
                   Surface Viewer, CAD Configuration Manager, CFD-Post,
                   CFX, Chemkin, Client Licensing, Coated Surface Editor,
                   DC Evaluator (DCE), DCG Configuration, Design Point
                   Service (DPS), Discovery, Energico, EnSight, EnVe,
                   EnVideo, EnVision, Eulumdat Viewer, FENSAP-ICE, Fluent,
                   Fluorescent Surface Editor, Forte, Grating Surface
                   Editor, ICEM CFD, Icepak, Lumerical, IESNA LM-63 Viewer,
                   LS-DYNA, LS-Prepost, LS-Run, Mechanical, Mechanical
                   APDL, Model Fuel Library, Nexus Launcher, optiSLang,
                   Photometric Calc, Polarizer Surface Editor, Polyflow,
                   Ray File Editor, Reaction Workbench, Remote
                   Visualization Client, Rendering Surface Editor, Retro
                   Reflecting Surface Editor, Rough Mirror Surface Editor,
                   RSM, Sherlock, Simple Scattering Surface Editor,
                   SpaceClaim, Spectrum Editor, SPEOS, Statistics on
                   Structures, System Coupling, Thin Lens Surface Editor,
                   TurboGrid, Virtual 3D Photometric Lab, Virtual Human
                   Vision Lab, Virtual Photometric Lab, Virtual Reality
                   Lab, Workbench)

Description:       Electronic file (eService)

Copyright Claimant:
                   ANSYS, Inc.

Date of Creation:  2022

Date of Publication:
                   2022-01-01
```

```
Nation of First Publication:
                United States

Authorship on Application:
                ANSYS, Inc., employer for hire; Domicile: United States.
                  Authorship: computer program.

Previous Registration:
                2021, TX 9-005-702.
                2021, TX 9-009-247.

Pre-existing Material:
                computer program, Prior versions of ANSYS and computer
                  program owned by, or jointly owned with, a third party.

Basis of Claim:    computer program, New and revised computer program.

Rights and Permissions:
                ANSYS, Inc., 2600 Ansys Drive, Canonsburg, PA, 15317,
                  United States

Names:             ANSYS, Inc.

================================================================================
```