# Exhibit 10

```
Type of Work:       Computer File

Registration Number / Date:
                    TX0009104430 / 2022-03-24

Application Title: Ansys Electromagnetics Suite 2022 R1 (including 2D
                     Extractor, Circuit, Circuit Netlist, Electronics
                     Desktop, EMIT, HFSS, HFSS 3D Layout, Icepak, Maxwell
                     Circuit, Maxwell 2D, Maxwell 3D, Mechanical, Nuhertz
                     FilterSolutions, PEmag, PExprt, Q3D Extractor, RMxprt,
                     Savant, Simplorer, SIwave, Twin Builder)

Title:              Ansys Electromagnetics Suite 2022 R1 (including 2D
                     Extractor, Circuit, Circuit Netlist, Electronics
                     Desktop, EMIT, HFSS, HFSS 3D Layout, Icepak, Maxwell
                     Circuit, Maxwell 2D, Maxwell 3D, Mechanical, Nuhertz
                     FilterSolutions, PEmag, PExprt, Q3D Extractor, RMxprt,
                     Savant, Simplorer, SIwave, Twin Builder)

Description:        Electronic file (eService)

Copyright Claimant:
                    ANSYS, Inc.

Date of Creation:   2022

Date of Publication:
                    2022-01-01

Nation of First Publication:
                    United States

Authorship on Application:
                    ANSYS, Inc., employer for hire; Domicile: United States.
                       Authorship: computer program.

Previous Registration:
                    2021, TX 9-005-711.
                    2021, TX 9-002-716.

Pre-existing Material:
                    computer program, Prior versions of ANSYS Electromagnetics
                       Suiteand computer program owned by, or jointly owned
                       with, a third party.

Basis of Claim:     computer program, New and revised computer program.

Rights and Permissions:
                    ANSYS, Inc., 2600 Ansys Drive, Canonsburg, PA, 15317,
                       United States

Names:              ANSYS, Inc.

================================================================================
```