# Exhibit 12

```
Type of Work:      Computer File

Registration Number / Date:
                   TX0009005702 / 2021-03-23

Application Title: ANSYS 2021 R1 (including 3D Energy Density Lab, ACP,
                   Additive, Advanced Scattering Surface Editor, Animate,
                   Aqwa, AqwaGS, AqwaWave, ARC, BSDF - BRDF - Anisotropic
                   Surface Viewer, CAD Configuration Manager, CFD-Post,
                   CFX, Chemkin, Client Licensing, Coated Surface Editor,
                   DC Evaluator  (DCE), Design Point Service (DPS),
                   Discovery, Energico, EnSight, EnVe, EnVideo, EnVision,
                   FENSAP-ICE, Fluent, Fluorescent Surface Editor, Forte,
                   Grating Surface Editor, ICEM CFD, Icepak, LS-DYNA,
                   LS-Prepost, LS-Run, Mechanical, Mechanical APDL, Model
                   Fuel Library, optiSLang, Photometric Calc, Polarizer
                   Surface Editor, Polyflow, Ray File Editor, Reaction
                   Workbench, Remote Visualization Client, Rendering
                   Surface Editor, Retro Reflecting Surface Editor, Rough
                   Mirror Surface Editor, RSM, Sherlock, Simple Scattering
                   Surface Editor, SpaceClaim, Spectrum Editor, SPEOS,
                   System Coupling, Thin Lens Surface Editor, TurboGrid,
                   Virtual 3D Photometric Lab, Virtual Human Vision Lab,
                   Virtual Photometric Lab, Virtual Reality Lab, Workbench)

Title:             ANSYS 2021 R1 (including 3D Energy Density Lab, ACP,
                   Additive, Advanced Scattering Surface Editor, Animate,
                   Aqwa, AqwaGS, AqwaWave, ARC, BSDF - BRDF - Anisotropic
                   Surface Viewer, CAD Configuration Manager, CFD-Post,
                   CFX, Chemkin, Client Licensing, Coated Surface Editor,
                   DC Evaluator  (DCE), Design Point Service (DPS),
                   Discovery, Energico, EnSight, EnVe, EnVideo, EnVision,
                   FENSAP-ICE, Fluent, Fluorescent Surface Editor, Forte,
                   Grating Surface Editor, ICEM CFD, Icepak, LS-DYNA,
                   LS-Prepost, LS-Run, Mechanical, Mechanical APDL, Model
                   Fuel Library, optiSLang, Photometric Calc, Polarizer
                   Surface Editor, Polyflow, Ray File Editor, Reaction
                   Workbench, Remote Visualization Client, Rendering
                   Surface Editor, Retro Reflecting Surface Editor, Rough
                   Mirror Surface Editor, RSM, Sherlock, Simple Scattering
                   Surface Editor, SpaceClaim, Spectrum Editor, SPEOS,
                   System Coupling, Thin Lens Surface Editor, TurboGrid,
                   Virtual 3D Photometric Lab, Virtual Human Vision Lab,
                   Virtual Photometric Lab, Virtual Reality Lab, Workbench)

Description:       Electronic file (eService)

Copyright Claimant:
                   ANSYS, Inc.

Date of Creation:  2021

Date of Publication:
                   2021-01-01

Nation of First Publication:
                   United States

Authorship on Application:
                   ANSYS, Inc., employer for hire; Domicile: United States.
                      Authorship: computer program.
```

```
Previous Registration:
                2019, TX 8-932-919.

Pre-existing Material:
                computer program, Prior versions of ANSYS.

Basis of Claim:   computer program, New and revised computer program.

Rights and Permissions:
                ANSYS, Inc., 2600 Ansys Drive, Canonsburg, PA, 15317,
                   United States

Names:          ANSYS, Inc.

================================================================================
```