# Exhibit 13

```
Type of Work:       Computer File

Registration Number / Date:
                    TX0009009247 / 2021-08-20

Application Title: ANSYS 2021 R2 (including 3D Energy Density Lab, ACP,
                    Additive, Advanced Scattering Surface Editor, Analysis &
                    Specification, Animate, Aqwa, AqwaGS, AqwaWave, ARC,
                    BSDF -BRDF -Anisotropic Surface Viewer, CAD
                    Configuration Manager, CFD-Post, CFX, Chemkin, Client
                    Licensing, Coated Surface Editor, DC Evaluator (DCE),
                    Design Point Service (DPS), Discovery, Energico,
                    EnSight, EnVe, EnVideo, EnVision, Eulumdat Viewer,
                    FENSAP-ICE, Fluent, Fluorescent Surface Editor, Forte,
                    Grating Surface Editor, ICEM CFD, Icepak, IES Viewer,
                    LS-DYNA, LS-Prepost, LS-Run, Mechanical, Mechanical
                    APDL, Model Fuel Library, optiSLang, Photometric Calc,
                    Polarizer Surface Editor, Polyflow, Ray File Editor,
                    Reaction Workbench, Remote Visualization Client,
                    Rendering Surface Editor, Retro Reflecting Surface
                    Editor, Rough Mirror Surface Editor, RSM, Sherlock,
                    Simple Scattering Surface Editor, SpaceClaim, Spectrum
                    Editor, SPEOS, Statistics on Structures, System
                    Coupling, Thin Lens Surface Editor, TurboGrid, Virtual
                    3D Photometric Lab, Virtual Human Vision Lab, Virtual
                    Photometric Lab, Virtual Reality Lab, Workbench)

Title:              ANSYS 2021 R2 (including 3D Energy Density Lab, ACP,
                    Additive, Advanced Scattering Surface Editor, Analysis &
                    Specification, Animate, Aqwa, AqwaGS, AqwaWave, ARC,
                    BSDF -BRDF -Anisotropic Surface Viewer, CAD
                    Configuration Manager, CFD-Post, CFX, Chemkin, Client
                    Licensing, Coated Surface Editor, DC Evaluator (DCE),
                    Design Point Service (DPS), Discovery, Energico,
                    EnSight, EnVe, EnVideo, EnVision, Eulumdat Viewer,
                    FENSAP-ICE, Fluent, Fluorescent Surface Editor, Forte,
                    Grating Surface Editor, ICEM CFD, Icepak, IES Viewer,
                    LS-DYNA, LS-Prepost, LS-Run, Mechanical, Mechanical
                    APDL, Model Fuel Library, optiSLang, Photometric Calc,
                    Polarizer Surface Editor, Polyflow, Ray File Editor,
                    Reaction Workbench, Remote Visualization Client,
                    Rendering Surface Editor, Retro Reflecting Surface
                    Editor, Rough Mirror Surface Editor, RSM, Sherlock,
                    Simple Scattering Surface Editor, SpaceClaim, Spectrum
                    Editor, SPEOS, Statistics on Structures, System
                    Coupling, Thin Lens Surface Editor, TurboGrid, Virtual
                    3D Photometric Lab, Virtual Human Vision Lab, Virtual
                    Photometric Lab, Virtual Reality Lab, Workbench)

Description:        Electronic file (eService)

Copyright Claimant:
                    ANSYS, Inc.

Date of Creation:   2021

Date of Publication:
                    2021-07-01

Nation of First Publication:
                    United States
```

```
Authorship on Application: 
                ANSYS, Inc., employer for hire; Domicile: United States. 
                   Authorship: computer program.

Previous Registration: 
                2021, TX 8-973-232.
                2021, TX 8-973-265.

Pre-existing Material: 
                computer program, Prior versions of ANSYS and computer 
                   program owned by, or jointly owned with, a third party.

Basis of Claim:    computer program, New and revised computer program.

Rights and Permissions: 
                ANSYS, Inc., 2600 Ansys Drive, Canonsburg, PA, 15317, 
                   United States

Names:          ANSYS, Inc.

================================================================================
```