# Exhibit 14

```
Type of Work:      Computer File

Registration Number / Date:
                   TX0009005711 / 2021-03-23

Application Title: Ansys Electromagnetics Suite 2021 R1 (including 2D
                   Extractor, Circuit, Circuit Netlist, Electronics
                   Desktop, EMIT, HFSS, HFSS 3D Layout, Icepak, Maxwell
                   Circuit, Maxwell 2D, Maxwell 3D, Mechanical, PEmag,
                   PExprt, Q3D Extractor, RMxprt, Savant, Simplorer,
                   SIwave, Twin Builder)

Title:             Ansys Electromagnetics Suite 2021 R1 (including 2D
                   Extractor, Circuit, Circuit Netlist, Electronics
                   Desktop, EMIT, HFSS, HFSS 3D Layout, Icepak, Maxwell
                   Circuit, Maxwell 2D, Maxwell 3D, Mechanical, PEmag,
                   PExprt, Q3D Extractor, RMxprt, Savant, Simplorer,
                   SIwave, Twin Builder)

Description:       Electronic file (eService)

Copyright Claimant:
                   ANSYS, Inc.

Date of Creation:  2021

Date of Publication:
                   2021-01-01

Nation of First Publication:
                   United States

Authorship on Application:
                   ANSYS, Inc., employer for hire; Domicile: United States.
                      Authorship: computer program.

Previous Registration:
                   2019, TX 8-923-202.

Pre-existing Material:
                   computer program, Prior versions of ANSYS electromagnetics
                      Suite.

Basis of Claim:    computer program, New and revised computer program.

Rights and Permissions:
                   ANSYS, Inc., 2600 Ansys Drive, Canonsburg, PA, 15317,
                      United States

Names:             ANSYS, Inc.

================================================================================
```