# Exhibit 15

```
Type of Work:        Computer File

Registration Number / Date:
                     TX0009002716 / 2021-08-20

Application Title:   Ansys Electromagnetics Suite 2021 R2 (including 2D
                        Extractor, Circuit, Circuit Netlist, Electronics
                        Desktop, EMIT, HFSS, HFSS 3D Layout, Icepak, Maxwell
                        Circuit, Maxwell 2D, Maxwell 3D, Mechanical, Nuhertz
                        FilterSolutions, PEmag, PExprt, Q3D Extractor, RMxprt,
                        Savant, Simplorer, SIwave, Twin Builder)

Title:               Ansys Electromagnetics Suite 2021 R2 (including 2D
                        Extractor, Circuit, Circuit Netlist, Electronics
                        Desktop, EMIT, HFSS, HFSS 3D Layout, Icepak, Maxwell
                        Circuit, Maxwell 2D, Maxwell 3D, Mechanical, Nuhertz
                        FilterSolutions, PEmag, PExprt, Q3D Extractor, RMxprt,
                        Savant, Simplorer, SIwave, Twin Builder)

Description:         Electronic file (eService)

Copyright Claimant:
                     ANSYS, Inc.

Date of Creation:    2021

Date of Publication:
                     2021-07-01

Nation of First Publication:
                     United States

Authorship on Application:
                     ANSYS, Inc., employer for hire; Domicile: United States.
                        Authorship: computer program.
                     Universidad Politecnica de Madrid, employer for hire;
                        Domicile: Spain. Authorship: computer program.

Previous Registration:
                     2019, TX 8-923-202.
                     2021, TX 8-975-337.

Pre-existing Material:
                     computer program, Prior versions of ANSYS Electromagnetics
                        Suite and computer program owned by, or jointly owned
                        with, a third party.

Basis of Claim:      computer program, New and revised computer program.

Rights and Permissions:
                     ANSYS, Inc., 2600 Ansys Drive, Canonsburg, PA, 15317,
                        United States

Names:               ANSYS, Inc.
                     Universidad Politecnica de Madrid

================================================================================
```