UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

ANSYS, Inc.

vs.
Does 1 Through 323

Case No.: 6:25-cv-00292-ADA-DJG

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Steven C. Vondran, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Does 100, 102, 114. 121, 132, 138, 163 in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) The Law offices of Steven C. Vondran, P.C with offices at:

   Mailing address: One Sansome Street Suite 3500

   City, State, Zip Code: San Francisco, CA

   Telephone: (877) 276-5084    Facsimile: N/A

2. Since 11-24-2004, Applicant has been and presently is a member of and in good standing with the Bar of the State of California - Arizona.

   Applicant's bar license number is 232337 - 025911.

3. Applicant has been admitted to practice before the following courts:

   Court:                              Admission date:
   California - all courts
   Texas - Dallas - Western
   New York and AZ

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: 1:23-cv-01155 _____ on the __2__ day of __August_____, __24__.

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
   None

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
   None

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: _____

Mailing address: _____

City, State, Zip Code: _____

Telephone: _____

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Steven C. Vondran to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Steven C. Vondran
_____
[printed name of Applicant]

_____
[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 5 day of August, 2025.

Steven C. Vondran
_____
[printed name of Applicant]

_____
[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

ANSYS, Inc.

vs.

Does 1 Through 323

Case No.: 6:25-cv-00292-ADA-DJG

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Steven C. Vondran, counsel for Does 100,102,114.121,132,138,163, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Steven C. Vondran may appear on behalf of Does 100,102,114.121,132,138,163 in the above case.

IT IS FURTHER ORDERED that Steven C. Vondran, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of August, 20_____.

_____
Please Choose Judge