Case 6:25-cv-00292-ADA-DTG   Document 11   Filed 08/04/25   Page 1 of 2

FILED
August 04, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____cav_____
                    DEPUTY

# United States District Court

## Western District of Texas - Waco Division

Re: Civil Action No. 6:25-cv-00292-ADA-DTG
Plaintiff: Ansys, Inc.
Defendants: Does 1 through 323

To the Honorable Court:

I respectfully object to the subpoena requesting the release of my personal information in the above case. I am a truck driver working for a delivery company. I do not speak or understand English well, and I have no knowledge of any software called "Ansys." I have never downloaded or used any such software in my life. I do not have the skills or background to use complex engineering programs, and no one in my household has access to or uses anything like that either.

I am an ordinary working person and I have nothing to do with this case. Releasing my personal information would cause me unnecessary stress and harm for something I did not do and do not understand.

I kindly ask the Court to protect my privacy and deny the request to disclose my identity.

Thank you for your understanding.

Sincerely,



July 31, 2025

Signed: _____

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELO
POSTAGE REQUIRE



UNITED STATES POSTAL SERVICE.

Re

US POSTAGE PAID
$11.00
Origin: 91
08/01/25
05631608 30-

P

PRIORITY MAIL®

0 Lb 1.6

RDC

EXPECTED DELIVERY DAY: 08/04/25

C096

SHIP TO:
RM 380
800 FRANKLIN AVE
WACO TX 76701-1934



PRIORITY® MAIL

...trictions apply).*
...many international destinations.
...rm is required.
...hs exclusions see the
...ty and limitations of coverage.

USPS TRACKING® #



9505 5141 0375 5213 4023 25



PS00001000014    EP14F October 2023

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PAPER POUCH

FROM: [redacted]

RECEIVED
AUG 04 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

TO: U.S. DIST

**ATTN: Clerk of Court**

**Objection to Subpoena**

**Ansys, Inc. v. Does 1–323**

**Civil Action No. 6:25-cv-00292-AD**

**U.S. District Court**

**Western District of Texas – Waco**

**800 Franklin Avenue, Room 380**

**Waco, TX 76701**