UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

**FILED**
August 21, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____cap_____
DEPUTY

Ansys, Inc

vs.

DOES 1 through 323,

Case No.: 6:25-cv-292

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Attorney Delphine James, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Doe 72 in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Law Office of Delphine James with offices at:

   Mailing address: 2616 South Loop West Suite 415

   City, State, Zip Code: Houston, TX 77054

   Telephone: 7136614144        Facsimile: 7136614145

2. Since May 1999, Applicant has been and presently is a member of and in good standing with the Bar of the State of Texas. Applicant's bar license number is 24010129.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | Southern District of Texas | July 15, 2010 |
   | United States Supreme Court | December 2013 |
   | State Bar of Texas | 1998 |

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: _____

Mailing address: _____

City, State, Zip Code: _____

Telephone: _____

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Attorney Delphine James to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Attorney Delphine James
[printed name of Applicant]

_____
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 20 day of August, 2025.

Attorney Delphine James
[printed name of Applicant]

*/s/ signature*
[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Ansys, Inc

vs.
DOES 1 through 323,

Case No.: 6:25-cv-292

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Attorney Delphine James, counsel for Doe 72, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Attorney Delphine James may appear on behalf of Doe 72 in the above case.

IT IS FURTHER ORDERED that Attorney Delphine James, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the 16 day of August, 20 25.

UNITED STATES DISTRICT JUDGE

RECEIVED
AUG 21 2025
CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

ORIGIN ID:HBYA (713) 661-4144
DELPHINE JAMES LAW OFFICES
2616 S LOOP W STE 415
HOUSTON, TX 77054
UNITED STATES US

SHIP DATE: 20AUG25
ACTWGT: 0.10 LB
CAD: 6990209/SSFE2621

BILL THIRD PARTY

TO US DISTRICT COURT CLERK OFFICE
800 FRANKLIN AVE
RM.380
WACO TX 76701
(000) 000-0000   REF:

TRK# 3923 4939 8863
THU - 21 AUG 10:30A
PRIORITY OVERNIGHT

A8 WACOG
ACTA 76701
TX-US  AUS

FedEx Express

US District Court Clerk's Office
800 Franklin AVE
Room 380
Waco, TX 76701