Generated: Aug 22, 2025 3:14PM                                                                                                        Page 1/1



# U.S. District Court

## Texas Western - Waco

Receipt Date: Aug 22, 2025 3:14PM

Law Office of Delphine James PLLC
2616 S. Loop West
Suite 415
Houston, TX 77054

Rcpt. No: 1999            Trans. Date: Aug 22, 2025 3:14PM            Cashier ID: #CP (6649)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 111 | Pro Hac Vice | DTXW525LB000000 /001<br>EXECUTIVE OFFICE OF THE CLERK USDC<br>**FBO**: Delphine James | 1 | 100.00 | 100.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #2271 | 08/20/2025 | | $100.00 |
| | | | Total Due Prior to Payment: | | $100.00 |
| | | | Total Tendered: | | $100.00 |

**Comments**: Pro Hac Vice for Case #DTXW625CV000292

Clerk, United States District Court - Waco Division - 800 Franklin Ave, Rm 380, Waco, TX 76701 (254) 750-1501 - www.txwd.uscourts.gov