# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **ANSYS, INC.** § | |
| § | **Cause No. 6:25-cv-00292-ADA-DTG** |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| § | |
| **DOES 1 THROUGH 323, DOE NO. 72** § | |
| § | |
| § | **JURY TRIAL DEMANDED** |
| Defendants. § | |

## ORDER DENYING MOTION TO QUASH SUBPOENA DOE DEFENDANT NO. 72

ON THIS DAY, the Court considered the Motion to Quash Subpoena by Doe Defendant No. 72 (Dkt. No. 23) (the "Motion"). After considering the Motion, Plaintiff Ansys, Inc's response, and the argument of counsel, if any, the Court is of the opinion that the Motion should be Denied. It is therefore,

ORDERED, that the Motion to Quash Subpoena by Doe Defendant No. 72 is hereby DENIED.

_____
JUDGE PRESIDING