ALERT: IMPACTS OF SEVERE WEATHER IN THE SOUTHERN PLAINS AND LOWER MISSISSIPPI VALLEY OF THE U.…

# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:**

**ER242293756US**

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

**Scheduled Delivery by**

**THURSDAY**

**21**  August 2025 ⓘ    by   **6:00pm** ⓘ

**Delivered**

Delivered, Front Desk/Reception/Mail Room

WACO, TX 76701
August 20, 2025, 1:49 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Your item was delivered to the front desk, reception area, or mail room at 1:49 pm on August 20, 2025 in WACO, TX 76701. The item was signed for by T RED.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Text & Email Updates ⌄

Proof of Delivery ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Feedback