**FILED**
August 28, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____CAV_____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS – WACO DIVISION

JOHN DOE subscriber assigned IP address 73.166.128.105, Movant

v.

ANSYS, INC., Plaintiff

Case No. 6:25-cv-00292-ADA-DTG

---

MOTION TO QUASH SUBPOENA AND TO PROCEED ANONYMOUSLY

Movant, proceeding anonymously as John Doe, respectfully submits this Motion to Quash or Vacate the Subpoena issued to Comcast Cable Communications, LLC pursuant to Rule 45(d)(3) of the Federal Rules of Civil Procedure. Movant also requests permission to proceed anonymously in this matter to protect personal privacy and avoid undue harm. In support thereof, Movant states as follows:

### I. BACKGROUND

Plaintiff Ansys, Inc. has filed a copyright infringement lawsuit against numerous unnamed defendants identified solely by IP addresses. Movant John Doe, associated with IP address 73.166.128.105, has received notice from Comcast that Plaintiff seeks disclosure of personally identifiable information. Movant respectfully requests that the Court quash the subpoena and permit continued anonymity, as the subpoena is overly broad, unsupported by sufficient evidence, and poses a serious risk of misidentification and undue harm.

### II. LEGAL STANDARD

Under Rule 45(d)(3)(A), a court must quash or modify a subpoena that:

- Requires disclosure of privileged or protected matter,

- Subjects a person to undue burden, or

- Is otherwise unreasonable or oppressive.

Courts have recognized the right of anonymous defendants to challenge subpoenas seeking their identity, especially where the allegations are speculative or the evidence is insufficient to justify disclosure.

### III. ARGUMENT

#### A. IP Address Alone Is Insufficient to Identify the Infringer

Courts have repeatedly held that an IP address does not reliably identify the individual responsible for alleged infringement. An IP address provides only the location at which one of any number of computer devices may be deployed, much like a street address. Movant's IP address merely identifies the location of a router-not the person who used it.

#### B. Movant Did Not Have Access to Their Computer at the Time of Alleged Infringement

The alleged infringement occurred on April 26, 2025 at 14:25:56 GMT. During this time, Movant did not have access to their computer and was not using the device associated with the IP address. Movant respectfully asserts that they were not the individual responsible for the alleged activity.

#### C. Movant's Router Configuration Permits Guest Access Without a Password

Movant's home Wi-Fi router is a TP-Link Archer AC1750 (Dual Band), purchased from Amazon on January 27, 2024. This router includes a "Guest Network" feature that allows internet access

without requiring a password. Movant enabled this feature to accommodate visitors without sharing the primary network credentials. As such, multiple individuals may have accessed the internet via the guest network, further undermining the reliability of IP-based identification.

#### D. Disclosure Would Cause Undue Harm and Violate Privacy Interests

Disclosure of Movant's identity would cause unnecessary reputational harm, especially given the speculative nature of the allegations. Courts have recognized the importance of balancing a plaintiff's interest in discovery against a movant's right to privacy. Movant respectfully requests to remain anonymous unless and until Plaintiff can establish a prima facie case of liability.

#### E. Movant Is Acting in Good Faith and Requests Anonymity

Movant has timely filed this motion and seeks only to protect their identity and privacy while the matter is resolved. Movant is not attempting to evade responsibility but rather to ensure that any disclosure is based on reliable evidence and proper legal standards.

### IV. CONCLUSION

For the foregoing reasons, Movant respectfully requests that the Court:

1. Quash or vacate the subpoena issued to Comcast Cable Communications, LLC;

2. Prohibit disclosure of Movant's identity;

3. Permit Movant to proceed anonymously as "John Doe";

4. Seal Movant's personal contact information submitted separately for court communication purposes;

5. Grant such other relief as the Court deems just and proper.

Respectfully submitted,

_John Doe_
_____

John Doe

Pro Se Movant

dy12345012@gmail.com

Date: August 26, 2025



.40

02024E500696-08

# UNITED STATES POSTAL SERVICE® PRIORITY MAIL EXPRESS®

ER 248 195 195 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)  PHONE ( )

D.Y.
2026 Edendale Cir
Katy, TX 77450

**DELIVERY OPTIONS (Customer Use Only)**
☒ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)  PHONE ( )

U.S. District Clerk's Office
800 Franklin Ave., Room 380
Waco, TX

ZIP + 4® (U.S. ADDRESSES ONLY)
7 6 7 0 1

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**PEEL FROM THIS CORNER**

**PAYMENT BY ACCOUNT (if applicable)**
Federal Agency Acct. No. or Postal Service™ Acct. No.

RECEIVED
AUG 28 2025
US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code: 77413
Scheduled Delivery Date (MM/DD/YY): 8/28/25
Postage: $31.40
Date Accepted (MM/DD/YY): 8/26/25
Scheduled Delivery Time: ☒ 6:00 PM
Insurance Fee: $
COD Fee: $
Time Accepted: 103 ☐ AM ☒ PM
Return Receipt Fee: $
Live Animal Transportation Fee: $
Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $31.40
Weight: 380 lbs oz  ☐ Flat Rate
Acceptance Employee Initials: MES

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)  Time  ☐ AM ☐ PM  Employee Signature
Delivery Attempt (MM/DD/YY)  Time  ☐ AM ☐ PM  Employee Signature

LABEL 11-B, NOVEMBER 2023   PSN 7690-02-000-9996





EP13F October 2023
OD: 12 1/2 x 9 1/2



PS10001000006





UNITED STATES POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.