UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS – WACO DIVISION

DECLARATION OF JOHN DOE IN SUPPORT OF MOTION TO QUASH SUBPOENA

I, John Doe, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the individual associated with the IP address 73.166.128.105 that is the subject of the subpoena issued to Comcast in Case No. 6:25-cv-00292-ADA-DTG.

2. I am filing this declaration anonymously under the pseudonym "John Doe" to protect my identity and privacy.

3. I am the account holder or authorized user of the Comcast internet service tied to the IP address referenced in the subpoena.

4. I have received notice from Comcast regarding the subpoena and the potential disclosure of my personally identifiable information.

5. I am not the individual who allegedly committed the acts described in the complaint, and I have not authorized anyone to do so.

6. I respectfully request the Court to prevent the disclosure of my identity.

7. I am submitting my real name and contact information under seal for verification purposes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2025.

*John Doe*
_____

John Doe

Subscriber Associated with IP Address 73.166.128.105