August 26, 2025

Clerk of the Court

United States District Court

Western District of Texas – Waco Division

800 Franklin Avenue

Waco, TX 76701

Re: Motion to Quash Subpoena – Request for Sealing of Identity

Case No.: 6:25-cv-00292-ADA-DTG

Dear Clerk of the Court,

I am submitting the enclosed Motion to Quash Subpoena pursuant to Federal Rule of Civil Procedure 45(d)(3) in the above-referenced case. I am the subscriber associated with the IP address referenced in the subpoena and have filed the motion under the pseudonym "John Doe" to protect my privacy and identity.

Enclosed please find the following documents for filing:

1. Motion to Quash Subpoena

2. Declaration of Subscriber in Support of Motion to Quash

3. Motion to Seal Personally Identifiable Information

4. Certificate of Service

5. Sealed Identity Sheet (labeled "Filed Under Seal – Contains Personally Identifiable Information")

I respectfully request that my personally identifiable information be filed under seal and not made part of the public docket. This request is made in good faith and solely to preserve my anonymity while asserting my legal rights.

Please direct these materials to the appropriate judge for consideration. I am prepared to comply with any further instructions the Court may issue regarding sealed filings or identity verification.

Thank you for your attention to this matter.

Sincerely,

John Doe, Pro Se Movant, Subscriber Associated with IP Address 73.166.128.105

dy12345012@gmail.com