UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ANSYS, INC.<br><br>　　Plaintiff,<br><br>v.<br><br>DOES 1 THROUGH 323, DOE NO. 34<br><br>　　Defendants. | § Cause No. 6:25-cv-00292-ADA-DTG<br>§<br>§<br>§<br>§ JURY TRIAL DEMANDED |

**ORDER DENYING DOE D.Y.'S MOTION
TO QUASH SUBPOENA (DKT NO. 29)**

ON THIS DAY, the Court considered Doe D.Y.'s Motion to Quash Subpoena (Dkt. No. 29) (the "Motion"). After considering the Motion, Plaintiff Ansys, Inc.'s response, and the argument of counsel, if any, the Court is of the opinion that the Motion should be Denied. It is therefore,

ORDERED, that Doe D.Y.'s Motion to Quash Subpoena (Dkt. No. 29) is hereby DENIED. It is further,

ORDERED, that Comcast shall comply with the subpoena and provide subscriber data to Ansys.

_____
JUDGE PRESIDING