**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| ANSYS, INC. | § |
| | §  Cause No. 6:25-cv-00292-ADA-DTG |
| Plaintiff, | § |
| | § |
| v. | § |
| | § |
| | § |
| DOES 1 THROUGH 323, DOE NO. 34 | § |
| | § |
| | §  JURY TRIAL DEMANDED |
| Defendants. | § |

**ORDER DENYING DOE D.Y.'S EMERGENCY MOTION TO SEAL PERSONALLY IDENTIFIABLE INFORMATION (DKT NO. 30)**

ON THIS DAY, the Court considered Doe D.Y.'s Motion to Seal Personally Identifiable Information (Dkt. No. 30) (the "Motion"). After considering the Motion, Plaintiff Ansys, Inc.'s response, and the argument of counsel, if any, the Court is of the opinion that the Motion should be Denied. It is therefore,

ORDERED, that Doe D.Y.'s Motion to Seal Personally Identifiable Information (Dkt. No. 30) is hereby DENIED.

_____
JUDGE PRESIDING