**FILED**

September 15, 2025

September 19, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ cap _____

DEPUTY

Clerk of the Court
United States District Court
Western District of Texas
Waco Division
800 Franklin Avenue
Waco, Texas 76701

   Re: Ansys, Inc. v. Does 1 through 123
     Case No.: 25-cv-00292-ADA-DTG

Dear Sir or Madam:

  I am writing anonymously to express an objection to my personal information being disclosed by my internet service provider in response to a subpoena served upon them by counsel for Ansys, Inc. ("Anys") regarding the above matter. My understanding is the subpoena was issued in connection with a lawsuit commenced by Ansys claiming that unknown defendants used its software without authorization.

  My internet service provider is Charter Communications ("Charter"). I received a letter from Charter notifying me it received a subpoena requiring it to provide a name, address and telephone number associated with IP address 74.70.107.127. Charter claims that this IP address is associated with my account. Charter then notified me I am required to submit such objection to the Court on or before September 18, 2025, to avoid such disclosure.

  I object to Charter releasing or disclosing my name, address or telephone number in response to the subpoena because I have never used Ansys software, at any time. If the use of Anysys's software was somehow linked to an IP address associated with my Charter account, such use could only have been by someone else using my Charter Wi-Fi account to access the internet.

  I note that Anysys has only provided an IP address it claims was associated with the unauthorized use of its software. Since the IP address is connected with a Wi-Fi account that is and can be accessed by more than one individual, Anysys has failed to establish that I was the one that actually utilized its software.

  The anticipated cost of having to engage an attorney to defend myself in this lawsuit when I have no liability, and no proof has been presented that I have any liability, would be very unfair and an extreme hardship.

  For these reasons, I am objecting the disclosure of my personal information by Charter and request the Court relieve Charter from any obligation to turn over my personal information in response to the subpoena.

1

Thank you for considering this objection.

Very Truly Yours,

John Doe
(IP address 74.70.107.127.)

cc: John F. Luman III, Esq.

From: _____
_____
_____
_____

Retail    ALBANY NY  120


UNITED STATES
POSTAL SERVICE®

SEP 2        3

|||||||||||||||||
76701

RDC 99


U.S. POSTAGE PAID
FCM LETTER
TROY, NY 12180
SEP 15, 2025

**$1.27**

S2324N504785-14

RECEIVED

SEP 19 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

# Ready Post.

D o c u m e n t   M a i l e r

To: Clerk of the Court
United States District Court
Western District of Texas
Waco Division
800 Franklin Avenue
Waco, Texas 76701

76701-193699