# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ANSYS, INC. § | |
| § | Cause No. 6:25-cv-00292-ADA-DTG |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| DOES 1 THROUGH 323, DOE NO. 34 § | |
| § | JURY TRIAL DEMANDED |
| Defendants. § | |

## NOTICE OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ansys, Inc., having defended its intellectual property rights by availing itself of the Court's expedited discovery procedures, hereby voluntarily dismisses, with prejudice, all claims against the Doe No. 175 (IP Address 68.253.155.173), Doe No. 182 (IP Address No. 76.249.138.134), and Doe No. 183 (IP Address 108.206.15.223). Ansys, Inc. continues to pursue discovery sufficient to identify the remaining Doe Defendants, and Ansys, Inc. does not dismiss its claims against those Doe Defendants at this time.

As required by Rule 41(a)(1)(A)(i), this Notice has been filed before service by Defendant of an answer or a motion for summary judgment.

Dated: October 23, 2025         Respectfully submitted,

                                DANIELS & TREDENNICK PLLC

                                */s/ John F. Luman III*
                                John F. Luman III

Attorney-in-Charge  
Texas State Bar No. 00794199  
Heath A. Novosad  
Texas State Bar No. 24037199  
Mary Rodman Crawford  
Texas State Bar No. 24109766  
DANIELS & TREDENNICK PLLC  
6363 Woodway, Suite 700  
Houston, Texas 77057  
(713) 917-0024 – Telephone  
(713) 917-0026 – Facsimile  
Luman@dtlawyers.com  
Heath@dtlawyers.com  
Crawford@dtlawyers.com  

**COUNSEL FOR ANSYS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                                  /s/ *Heath A. Novosad*  
                                                                   Heath A. Novosad