UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ANSYS, INC.<br><br>　Plaintiff,<br><br>v.<br><br>DOES 1 THROUGH 323, DOE NO. 34<br><br>　Defendants. | § § § § § § § § § § § § § § §　Cause No. 6:25-cv-00292-ADA-DNM<br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ansys, Inc., having defended its intellectual property rights by availing itself of the Court's expedited discovery procedures, hereby voluntarily dismisses, with prejudice, all claims against Doe No. 48 (IP Address 24.23.141.236), Doe No. 90 (IP Address 76.168.221.91), and Doe No. 243 (IP Address No. 100.0.198.155). Ansys, Inc. continues to pursue discovery sufficient to identify the remaining Doe Defendants, and Ansys, Inc. does not dismiss its claims against those Doe Defendants at this time.

As required by Rule 41(a)(1)(A)(i), this Notice has been filed before service by Defendant of an answer or a motion for summary judgment.

Dated: December 3, 2025

Respectfully submitted,

DANIELS & TREDENNICK PLLC

*/s/ John F. Luman III*
John F. Luman III

>Attorney-in-Charge
>Texas State Bar No. 00794199
>Heath A. Novosad
>Texas State Bar No. 24037199
>Mary Rodman Crawford
>Texas State Bar No. 24109766
>DANIELS & TREDENNICK PLLC
>6363 Woodway, Suite 700
>Houston, Texas 77057
>(713) 917-0024 – Telephone
>(713) 917-0026 – Facsimile
>Luman@dtlawyers.com
>Heath@dtlawyers.com
>Crawford@dtlawyers.com
>
>**COUNSEL FOR ANSYS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

>*/s/ Heath A. Novosad*
>Heath A. Novosad

2