UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ANSYS, INC.<br><br>　　Plaintiff,<br><br>v.<br><br>DOES 1 THROUGH 323, DOE NO. 34<br><br>　　Defendants. | § Cause No. 6:25-cv-00292-ADA-DNM<br>§<br>§<br>§<br>§ JURY TRIAL DEMANDED |

## NOTICE OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ansys, Inc., having defended its intellectual property rights by availing itself of the Court's expedited discovery procedures, hereby voluntarily dismisses, with prejudice, all claims against Doe No. 34 (IP Address 67.186.117.180), Doe No. 61 (IP Address 24.6.171.126), Doe No. 79 (IP Address No. 24.4.196.225), Doe No. 141 (IP Address 72.131.12.220), Doe No. 251 (IP Address 68.231.11.180, and Doe No. 255 (IP Address No. 68.104.175.239). Ansys, Inc. continues to pursue discovery sufficient to identify the remaining Doe Defendants, and Ansys, Inc. does not dismiss its claims against those Doe Defendants at this time.

As required by Rule 41(a)(1)(A)(i), this Notice has been filed before service by Defendant of an answer or a motion for summary judgment.

Dated: December 20, 2025                      Respectfully submitted,

                                       DANIELS & TREDENNICK PLLC

                                       */s/ Heath A. Novosad*
                                       John F. Luman III
                                       Attorney-in-Charge
                                       Texas State Bar No. 00794199
                                       Heath A. Novosad
                                       Texas State Bar No. 24037199
                                       Mary Rodman Crawford
                                       Texas State Bar No. 24109766
                                       DANIELS & TREDENNICK PLLC
                                       6363 Woodway, Suite 700
                                       Houston, Texas 77057
                                       (713) 917-0024 – Telephone
                                       (713) 917-0026 – Facsimile
                                       Luman@dtlawyers.com
                                       Heath@dtlawyers.com
                                       Crawford@dtlawyers.com

                                       **COUNSEL FOR ANSYS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                       */s/ Heath A. Novosad*
                                       Heath A. Novosad