UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ANSYS, INC. | § |
| | §   Cause No. 6:25-cv-00292-ADA-DNM |
| Plaintiff, | § |
| | § |
| v. | § |
| | § |
| | § |
| DOES 1 THROUGH 323, | § |
| | § |
| Defendants. | §   JURY TRIAL DEMANDED |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ansys, Inc., having defended its intellectual property rights by availing itself of the Court's expedited discovery procedures, hereby voluntarily dismisses, without prejudice, all claims against the Doe Defendants in the table below.

After engaging in discovery as authorized by the Court, Ansys has determined that these Doe defendants are either not identifiable by their Internet Service Provider or may not be subject to this Court's jurisdiction and should therefore be dismissed from this action. Ansys, Inc. continues to pursue discovery sufficient to identify the Doe Defendants not listed below, and Ansys, Inc. does not dismiss its claims against those Doe Defendants at this time.

As required by Rule 41(a)(1)(A)(i), this Notice has been filed before service by Defendant of an answer or a motion for summary judgment.

| Doe | IP Address |
|---|---|
| 1 | 24.130.171.228 |
| 23 | 71.59.234.192 |
| 25 | 174.49.143.200 |
| 33 | 75.71.2.112 |
| 49 | 50.220.128.189 |
| 52 | 69.245.6.89 |
| 53 | 76.133.78.162 |
| 57 | 73.149.199.186 |
| 63 | 24.127.194.141 |
| 66 | 71.195.91.209 |
| 68 | 98.42.232.56 |
| 74 | 98.32.0.23 |
| 75 | 69.244.49.186 |
| 78 | 73.103.77.49 |
| 83 | 174.168.232.142 |

| Doe | IP Address |
|---|---|
| 85 | 173.94.105.0 |
| 92 | 70.121.44.197 |
| 109 | 24.31.246.92 |
| 123 | 172.248.62.241 |
| 124 | 172.222.141.29 |
| 133 | 75.80.128.115 |
| 134 | 173.94.40.9 |
| 135 | 68.119.134.104 |
| 143 | 174.99.27.230 |
| 152 | 104.174.141.181 |
| 159 | 172.73.65.13 |
| 225 | 71.126.126.99 |
| 231 | 108.41.40.211 |
| 260 | 184.191.23.157 |

Dated: December 20, 2025

Respectfully submitted,

DANIELS & TREDENNICK PLLC

*/s/ Heath A. Novosad*
John F. Luman III
Attorney-in-Charge
Texas State Bar No. 00794199
Heath A. Novosad
Texas State Bar No. 24037199
Mary Rodman Crawford
Texas State Bar No. 24109766
DANIELS & TREDENNICK PLLC
6363 Woodway, Suite 700
Houston, Texas 77057
(713) 917-0024 – Telephone
(713) 917-0026 – Facsimile
Luman@dtlawyers.com
Heath@dtlawyers.com
Crawford@dtlawyers.com

**COUNSEL FOR ANSYS, INC.**

## CERTIFICATE OF SERVICE

    I hereby certify that on December 20, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                          */s/ Heath A. Novosad*
                                           Heath A. Novosad