# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ANSYS, INC.<br><br>　　Plaintiff,<br><br>v.<br><br>DOES 1 THROUGH 323, DOE NO. 34<br><br>　　Defendants. | § § § § § § § § § § § § § § § |  Cause No. 6:25-cv-00292-ADA-DNM<br><br><br><br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ansys, Inc., having defended its intellectual property rights by availing itself of the Court's expedited discovery procedures, hereby voluntarily dismisses, with prejudice, all claims against Doe No. 65 (IP Address 73.20.115.181), Doe No. 99 (IP Address No. 71.47.205.65), Doe No. 167 (IP Address No. 107.198.134.16), Doe No. 171 (IP Address No. 104.48.253.96), Doe No. 205 (IP Address No. 108.90.231.88), and Doe No. 248 (IP Address No. 98.184.208.183). Ansys, Inc. continues to pursue discovery sufficient to identify the remaining Doe Defendants, and Ansys, Inc. does not dismiss its claims against those Doe Defendants at this time.

As required by Rule 41(a)(1)(A)(i), this Notice has been filed before service by Defendant of an answer or a motion for summary judgment.

Dated: January 26, 2026                    Respectfully submitted,

                                                DANIELS & TREDENNICK PLLC

                                                */s/ Heath A. Novosad*
                                                John F. Luman III
                                                Attorney-in-Charge
                                                Texas State Bar No. 00794199
                                                Heath A. Novosad
                                                Texas State Bar No. 24037199
                                                Mary Rodman Crawford
                                                Texas State Bar No. 24109766
                                                DANIELS & TREDENNICK PLLC
                                                6363 Woodway, Suite 700
                                                Houston, Texas 77057
                                                (713) 917-0024 – Telephone
                                                (713) 917-0026 – Facsimile
                                                Luman@dtlawyers.com
                                                Heath@dtlawyers.com
                                                Crawford@dtlawyers.com

                                                **COUNSEL FOR ANSYS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                */s/ Heath A. Novosad*
                                                Heath A. Novosad